14-MC-05026-ORD

FILED _____ LODGED
_____ RECEIVED

NOV 20 2014

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

SAN JUAN CONSTRUCTION, INC.,

    Plaintiff,

v.

R. CUSTOM EXCAVATION, INC., and UPPER HUDSON NATIONAL INSURANCE GROUP,

    Defendants,

U.S. BANCORP,

    Garnishee.

MC14-5026 BHS

ORDER TO ISSUE A WRIT OF GARNISHMENT -- UPPER HUDSON NATIONAL INSURANCE GROUP

THIS MATTER came before the Court on Plaintiff San Juan Construction, Inc.'s Application for a Writ of Garnishment for debts other than earnings due and owing Defendant/Judgment Debtor Upper Hudson National Insurance Group from U.S. Bancorp, the garnishee.

The Court, having reviewed the pleadings herein, it is hereby ORDERED that the Clerk of the Court shall issue a Writ of Garnishment against U.S. Bancorp, whose address is 800 Nicollet Mall, Minneapolis, MN, 55402.

DATED this 20 day of November, 2014

_____
United States District Judge

ORDER TO ISSUE WRIT OF GARN. - 1
DWT 25413381v1 0085000-002270

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

1 | Presented by:

3 | Davis Wright Tremaine LLP
Attorneys for San Juan Construction, Inc.

By _____
John C. Theiss, WSBA #24488
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Tel: 206-757-8154
Fax: 206-757-7154
E-mail: johntheiss@dwt.com

ORDER TO ISSUE WRIT OF GARN. - 2
DWT 25413381v1 0085000-002270

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax